## Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 32  
**IP Address:** 71.105.212.147  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E5DF37D5C860370BE63F9ADF29F983225E29522C<br>File Hash: B23E448A9D88494517CE0A2C159F8BE98332800187C6823A8F0866D1C83E5CC9 | 07-26-2021 23:53:52 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 2 | Info Hash: 1A68CEFD839B4A5FA014E644010905E3E4BAED62<br>File Hash: 7CDA00D746D072CCE1C0D3344AD569A602F6BEC79989A46C3BD5B855AEA3089F | 06-16-2020 05:02:13 | Blacked | 05-02-2020 | 05-19-2020 | PA0002241471 |
| 3 | Info Hash: 3EFE1972448E3CEE7089031141791E80FEE4781A<br>File Hash: 9F6523E45B05993AEB8924EA5291A69C7E5DD3314526A39BE5C7444F0CE744CB | 03-15-2020 05:40:47 | Blacked | 12-11-2019 | 01-03-2020 | PA0002219628 |
| 4 | Info Hash: 4E94ED79494685938C1A0B5F42BCD1C30F137C0D<br>File Hash: 4A44419A681C9E6241CCB8B2699BED33A47675D5848ED22EE581BD39525AD13C | 03-15-2020 05:31:27 | Blacked | 01-20-2020 | 02-04-2020 | PA0002225586 |
| 5 | Info Hash: 3D28EDE594037E007579CEB7E3390ED7172D9EE4<br>File Hash: CFEB57FBE5C7801F5F62DC62EB181A115ED67A61D82D3F9957322497E0929DB0 | 03-15-2020 05:28:45 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 6 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 03-15-2020 05:28:26 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 7 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 03-15-2020 05:26:10 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 8 | Info Hash: DC53AF64053259AA3D2FBCCED0FE5E6222AC1747<br>File Hash: 2C6DA994AAAC525B97D39AFE75376C6EC324B2C7284B26A8BAF44AC82C79B800 | 03-15-2020 05:25:08 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 03-15-2020 05:22:47 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 10 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 12-07-2019 10:46:58 | Blacked Raw | 10-04-2019 | 10-21-2019 | PA0002207780 |
| 11 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 12-07-2019 09:25:52 | Blacked | 11-06-2019 | 11-15-2019 | PA0002211857 |
| 12 | Info Hash: 0075912858F26F4B9B02968E5B9913617E3F3830<br>File Hash: D19DE7E11241A54E88C807833D4C62AB0E74BF1D7C22D6D23A6E3AFBBFB0412C | 12-07-2019 09:00:44 | Blacked | 11-11-2019 | 11-27-2019 | PA0002213994 |
| 13 | Info Hash: AE22AB5504C05C2B883232F07799C9925A3CBA59<br>File Hash: 81025B6CA1036C3CDECC5B8F12BD52D9D5EE761693724E29890943CE4E12382B | 12-07-2019 08:53:56 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 14 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 12-07-2019 08:53:01 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 15 | Info Hash: AC8383EA12C6AE92C4E7A88F9693A44094526D7C<br>File Hash: 7A5A143A8C69EB2B6D1920689502D81CE571E19ACB335900E72DE6F26F6E492D | 12-07-2019 08:49:59 | Blacked Raw | 10-14-2019 | 11-05-2019 | PA0002210289 |
| 16 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 12-07-2019 08:44:23 | Blacked Raw | 09-09-2019 | 10-01-2019 | PA0002217358 |
| 17 | Info Hash: 34FDB74CF0D5A9ED24C4C0A7632D7C5C0DD4A10B<br>File Hash: 687957B63794780230326924D082C1F054B0ED0FA70D4891292F96B9B488985D | 12-07-2019 08:41:23 | Blacked Raw | 09-19-2019 | 09-25-2019 | PA0002203162 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 609925695807CF8D58C61A83C0667EBFACA3059B<br>File Hash: AA82A2D655EFAE26069B693C159D006EA3D308A84159E1F920E2BB80F6B5A1B8 | 12-07-2019 08:41:06 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 19 | Info Hash: C3D72FCFAFB0CFE653D94833E141952989C54EF0<br>File Hash: C5E9E52AF063FF4C3D1ACC010C7AFEDD9C2DA2FDDE2AD22AD63E9D5E06EE563F | 12-07-2019 08:40:33 | Blacked Raw | 10-29-2019 | 11-15-2019 | PA0002211918 |
| 20 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 12-07-2019 08:32:43 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 21 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 12-07-2019 08:32:02 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 22 | Info Hash: FBBFEBB1C68DF7C5B90CCA1A5638DF9C4C6BFC7A<br>File Hash: 43782B257EF4AE91D30B598250B878F3E857AD38F052A179CAC0C40903C101C2 | 09-07-2019 05:24:07 | Blacked Raw | 09-04-2019 | 09-13-2019 | PA0002200700 |
| 23 | Info Hash: 973A870D555049DC68BB9A3D667902BFC69FBD3D<br>File Hash: F291E9A5D2284337B5F9CE58EF735849D834C5ACF9618C0F86C2564FA7B7F1B2 | 09-07-2019 05:22:06 | Blacked Raw | 08-25-2019 | 09-11-2019 | PA0002199991 |
| 24 | Info Hash: 8353F4631A78E6DC2342C97336E4C914EF5A5F4C<br>File Hash: E27F294BF15EE2AAA116EB4AD31699884120D036323B9960A2D3909627A48462 | 07-02-2019 03:40:13 | Blacked | 05-15-2019 | 07-05-2019 | PA0002206387 |
| 25 | Info Hash: E6683078F639AE7A581BCADF96A49BC808143689<br>File Hash: 38205F001C261D5FD79FC2A35134BB96F8E549E9C410643AF6D25CD576A53DA6 | 07-02-2019 03:40:12 | Blacked | 06-04-2019 | 07-17-2019 | PA0002188309 |
| 26 | Info Hash: FE27534F0A43907D070795DDF984F707E0FEDCF1<br>File Hash: 2E2112D600A76F0B030C381DB306667268C759E220CEE041A5B523D6CB631DAA | 07-02-2019 03:39:36 | Blacked Raw | 06-06-2019 | 08-02-2019 | PA0002192288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 022342FC7077A111F1422A99C31FD89D147FE619<br>File Hash: 1AFD0B4BF515C6F0E73E86CEACA1A7A84E69C12C46E5AC156B2E2B57EA5F44DC | 07-02-2019 03:29:47 | Blacked | 06-24-2019 | 07-17-2019 | PA0002188313 |
| 28 | Info Hash: 5646357C2C33F1322815940754A792D16F4A3E8C<br>File Hash: 9A2D3DCA78F008830A95D42CD808A5A9E68C587C4EF051BC01399A1D36DAA442 | 05-25-2019 06:10:59 | Blacked Raw | 04-22-2019 | 06-03-2019 | PA0002178771 |
| 29 | Info Hash: C67CEBFB35714146396FF2583118CA8B68E56015<br>File Hash: 2B9B1E7F75B41C45027EDEB3C7268744639EBD4C999FB02C03B05564DBCCF186 | 05-25-2019 06:02:32 | Blacked Raw | 05-07-2019 | 06-03-2019 | PA0002178775 |
| 30 | Info Hash: E39547E0E5CD17BF41AD4FD5134CBBAA9EBCDAFF<br>File Hash: C39179CF7BCDC0DE34348557BD438568B7595E3363A8200B4CA22D66151D7633 | 05-25-2019 06:01:51 | Blacked | 04-15-2019 | 05-11-2019 | PA0002173886 |
| 31 | Info Hash: DDE59C875C7FEDB150E58E51ACFF8D33FDB2CF72<br>File Hash: B1EAEAD5B5D4AA4102D4A0D46CF8206B6D4E3C6E2EAD3BAFD1BD26D336683604 | 05-25-2019 05:59:31 | Blacked Raw | 05-22-2019 | 07-17-2019 | PA0002188299 |
| 32 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash: AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 04-19-2019 04:03:44 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |